# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| LESLIE MCCLOUD, | ) | |
| on behalf of Plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cv-00024-PPS-APR |
| | ) | |
| vs. | ) | |
| | ) | |
| ADT LLC, and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Leslie McCloud voluntarily dismisses her individual claims against Defendant ADT LLC without prejudice and without costs. Plaintiff Leslie McCloud voluntarily dismisses her class claims against Defendant ADT LLC without prejudice and without costs. Plaintiff Leslie McCloud voluntarily dismisses her claims against John Does 1-10 without prejudice and without costs.

    Respectfully submitted,

    */s/ Heather Kolbus*
    Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Heather Kolbus, hereby certify that on February 24, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, and to be served via U.S. Mail and email to the following:

  Daniel J. McGrath – dmcgrath@adt.com
  ADT LLC
  1501 Yamato Road
  Boca Raton, FL 33431

            */s/Heather Kolbus*
            Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)