UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LESLIE MCCLOUD, <br> on behalf of Plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br> ADT LLC and DOES 1-10, <br><br> Defendants. | Cause No. 2:21-CV-24-PPS-APR |

## ORDER OF DISMISSAL

Plaintiff's Notice of Dismissal [DE 7] is **SO ORDERED**. This action is **DISMISSED WITHOUT PREJUDICE** as to all claims against Defendants ADT LLC and DOES 1-10. This case is now **DISMISSED.**

**SO ORDERED on February 25, 2021**.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT